se

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                         CASE NO. 07 B 14808
    LEE M BATES
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-4253
```

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 08/16/2007 and was confirmed 11/05/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 03/24/2008.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CODILIS & ASSOCIATES | NOTICE ONLY | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 21459.70 | .00 | .00 |
| IL STATE DISBURSEMENT UN | SPECIAL CLASS | 15937.89 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 594.44 | .00 | .00 |
| BACK IN ACTION WELLNESS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSEC W/INTER | 427.61 | .00 | .00 |
| LOYOLA UNIVERSITY PHYNS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYNS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HIGH TECH MEDICAL PARK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYNS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| INGALIS HOSPITAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| VIRGINA ANN BEAGLE | NOTICE ONLY | NOT FILED | .00 | .00 |
| LEGAL HELPERS PC | DEBTOR ATTY | 2,200.00 | | 786.24 |
| TOM VAUGHN | TRUSTEE | | | 53.76 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 840.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 786.24 |
| TRUSTEE COMPENSATION | | 53.76 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |
| TOTALS | 840.00 | 840.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 06/25/08         _____

                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE